UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 22 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SAMANTHA ALARIO, et al.;  Plaintiffs - Appellees,  v.  AUSTIN KNUDSEN, in his official capacity as Attorney General of the State of Montana,  Defendant - Appellant,  ---------------------------------------  STATE OF ALASKA, et al.;  Amici Curiae. | No. 24-34  D.C. No. 9:23-cv-00056-DWM District of Montana, Missoula  ORDER |

The joint motion (Docket Entry No. 72) to stay appellate proceedings is granted. Appellate proceedings are stayed pending resolution of *TikTok Inc. et al. v. Garland*, No. 24-1113 (D.C. Cir. May 7, 2024), or until further order of this court.

The parties shall notify the court by filing a status report and joint motion for further relief within 30 days of a decision in *TikTok Inc. et al. v. Garland*, No. 24-1113 (D.C. Cir. May 7, 2024).

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT