No. 24-34

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

SAMANTHA ALARIO, HEATHER DIROCCO, CARLY ANN GODDARD,
ALICE HELD, AND DALE STOUT,

*Plaintiffs-Appellees*,

and

TIKTOK INC.,

*Plaintiff-Appellee*,

v.

AUSTIN KNUDSEN, in his official capacity as Attorney General
of the State of Montana,

*Defendant-Appellant*.

On Appeal from the United States District Court for the District of Montana
Nos. CV 23-56-M-DWM and CV 23-61-M-DWM
Hon. Donald W. Molloy

**JOINT STATUS REPORT AND MOTION FOR FURTHER RELIEF**

| | |
|---|---|
| Ambika Kumar | Austin Knudsen |
| Davis Wright Tremaine LLP | *Montana Attorney General* |
| 920 Fifth Avenue, Suite 3300 | Christian B. Corrigan |
| Seattle, WA 98104 | *Solicitor General* |
| (206) 757-8030 | Peter M. Torstensen, Jr. |
| ambikakumar@dwt.com | *Deputy Solicitor General* |
| | Montana Department of Justice |
| Tim Cunningham | P.O. Box 201401 |
| Davis Wright Tremaine LLP | Helena, MT 59620-1401 |
| 560 SW 10th Avenue, Suite 700 | 406-444-2026 |
| Portland, OR 98104 | peter.torstensen@mt.gov |
| (503) 241-2300 | |
| tcunningham@dwt.com | *Counsel for Defendant-Appellant* |

Chelsea T. Kelly
Davis Wright Tremaine LLP
1301 K Street NW, Suite 500 East
Washington, DC 20005
(202) 973-4200
chelseakelly@dwt.com

Adam S. Sieff
Davis Wright Tremaine LLP
350 S. Grand Avenue, 27th Floor
Los Angeles, CA 90071
(213) 633-6800
adamsieff@dwt.com

Natasha P. Jones
Matthew B. Hayhurst
Boone Karlberg P.C.
201 W. Main Street, Suite 300
Missoula, MT 59807
(406) 543-6646
npjones@boonekarlberg.com
mhayhurst@boonekarlberg.com

*Counsel for Plaintiffs-Appellees*

Alexander A. Berengaut
Megan A. Crowley
Covington & Burling LLP
Washington, DC 20001
(202) 662-5367
aberengaut@cov.com
mcrowley@cov.com

Anders Linderot
Covington & Burling LLP
620 Eighth Street
New York, NY 10018
(212) 841-1163
alinderot@cov.com

Rob Cameron
Jackson, Murdo & Grant, P.C.
203 North Ewing
Helena, MT 59601
(406) 389-8244
rcameron@jmgattorneys.com

*Counsel for Consolidated Plaintiff-Appellee*

Pursuant to the Court's Order dated February 11, 2025, Dkt. 77, all Parties respectfully submit this status report and joint motion for further relief.

## BACKGROUND

On May 21, 2024, the Parties jointly moved this Court to stay these appellate proceedings pending final resolution of Consolidated Plaintiff-Appellee TikTok Inc.'s constitutional challenge to the Protecting Americans from Foreign Adversary Controlled Applications Act, Pub. L. No. 118-50, div. H, 138 Stat. 895, 955-60 (2024) ("Act") in *TikTok Inc. et al. v. Garland*, No. 24-1113 (D.C. Cir. May 7, 2024). Dkt. 72. This Court granted the joint motion and directed the Parties to file a status report and joint motion for further relief within 30 days of a decision in *TikTok Inc. et al. v. Garland*, No. 24-1113 (D.C. Cir. May 7, 2024). Dkt. 73.

On January 6, 2025, following a decision by the D.C. Circuit denying Consolidated Plaintiff-Appellee TikTok Inc.'s petition for review of the constitutionality of the Act, the Parties filed a status report and joint motion requesting that the stay of appellate proceedings be left in place pending Supreme Court review of the D.C. Circuit decision. Dkt. 74. This Court granted the motion and directed the Parties to file a status report and joint motion for further relief within 30 days of a decision from the Supreme Court. Dkt. 75.

On February 6, 2025, following a decision by the Supreme Court affirming the D.C. Circuit's decision, and an executive order ("Executive Order 14166") by

1

President Trump directing his Attorney General not to take any action on behalf of the United States to enforce the Act for 75 days "to permit [his] Administration an opportunity to determine the appropriate course of action with respect to TikTok," the Parties filed a status report and joint motion requesting that the stay of appellate proceedings be left in place pending the President's determination. Dkt. 76. This Court granted the motion and ordered that the stay be kept in place until May 12, 2025, unless the Parties filed a motion for further relief before that date. Dkt. 77.

## STATUS REPORT AND JOINT MOTION

On April 4, 2025, President Trump signed an executive order (attached as **Exhibit A**) extending the enforcement delay announced in Executive Order 14166 until June 19, 2025, and directing his Attorney General not to take any action on behalf of the United States to enforce the Act until that date.

The Parties respectfully submit that it would be appropriate to extend the stay of proceedings in this matter pending the President's determination of an appropriate course of action with respect to TikTok. The determination bears upon this case by, *inter alia*, informing this Court's preemption analysis. *See* Dkt. 9, State Br. at 47-63; Dkt. 28, TikTok Br. at 39-51; Dkt. 29, User Br. at 36-46. A stay would thus further the orderly course of justice by simplifying the issues in this matter.

2

## CONCLUSION

The Parties jointly move this Court to (i) leave the stay of appellate proceedings in place and (ii) direct the Parties to file a joint status report and motion for further relief within 90 days of the date of the Court's order on this motion.

Date: May 5, 2025

| | |
|---|---|
| /s/ *Ambika Kumar* | Austin Knudsen |
| Ambika Kumar | *Montana Attorney General* |
| Davis Wright Tremaine LLP | |
| 920 Fifth Avenue, Suite 3300 | Christian B. Corrigan |
| Seattle, WA 98104 | *Solicitor General* |
| (206) 757-8030 | |
| ambikakumar@dwt.com | /s/ *Peter M. Torstensen, Jr.* |
| | Peter M. Torstensen, Jr. |
| Tim Cunningham | *Deputy Solicitor General* |
| Davis Wright Tremaine LLP | Montana Department of Justice |
| 560 SW 10th Avenue, Suite 700 | P.O. Box 201401 |
| Portland, OR 98104 | Helena, MT 59620-1401 |
| (503) 241-2300 | 406-444-2026 |
| tcunningham@dwt.com | christian.corrigan@mt.gov |
| | peter.torstensen@mt.gov |
| Adam S. Sieff | |
| Davis Wright Tremaine LLP | *Counsel for Defendant-Appellant* |
| 350 S. Grand Avenue, 27th Floor | |
| Los Angeles, CA 90071 | |
| (213) 633-6800 | |
| adamsieff@dwt.com | |
| | |
| Chelsea T. Kelly | |
| Davis Wright Tremaine LLP | |
| 1301 K Street NW, Suite 500 East | |
| Washington, DC 20005 | |
| (202) 973-4200 | |
| chelseakelly@dwt.com | |

3

Natasha P. Jones
Matthew B. Hayhurst
Boone Karlberg P.C.
201 W. Main Street, Suite 300
Missoula, MT 59807
(406) 543-6646
npjones@boonekarlberg.com
mhayhurst@boonekarlberg.com

*Counsel for Plaintiffs-Appellees*

/s/ *Alexander A, Berengaut*
Alexander A. Berengaut
Megan A. Crowley
Covington & Burling LLP
850 Tenth Street, NW
Washington, DC 20001
(202) 662-5367
aberengaut@cov.com
mcrowley@cov.com

Anders Linderot
Covington & Burling LLP
620 Eighth Avenue
New York, NY 10018
(212) 841-1163
alinderot@cov.com

Rob Cameron
Jackson, Murdo & Grant, P.C.
203 North Ewing
Helena, MT 59601
(406) 389-8244
rcameron@jmgattorneys.com

*Counsel for Consolidated Plaintiff-Appellee*

4

## CERTIFICATE OF COMPLIANCE

This document complies with Fed. R. App. P. 27(d)(2) because this motion does not exceed 5,200 words, and does not exceed 20 pages, excluding the caption and certificate of compliance. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using 14-point and Times New Roman font.

/s/ *Alexander A. Berengaut*
Alexander A. Berengaut

# **<u>EXHIBIT A</u>**

**Presidential Documents**

Executive Order 14258 of April 4, 2025

**Extending the TikTok Enforcement Delay**

By the authority vested in me as President by the Constitution and the laws of the United States of America, it is hereby ordered:

**Section 1.** *Extension.* (a) The enforcement delay specified in section 2(a) of Executive Order 14166 of January 20, 2025 (Application of Protecting Americans from Foreign Adversary Controlled Applications Act to TikTok), is further extended until June 19, 2025. During this period, the Department of Justice shall take no action to enforce the Protecting Americans from Foreign Adversary Controlled Applications Act (the ''Act'') (Public Law 118–50, Div. H) or impose any penalties against any entity for any noncompliance with the Act, including for distributing, maintaining, or updating (or enabling the distribution, maintenance, or updating) of any foreign adversary controlled application as defined in the Act. In light of this direction, even after the expiration of the above-specified period, the Department of Justice shall not take any action to enforce the Act or impose any penalties against any entity for any conduct that occurred during the above-specified period or any period prior to the issuance of this order, including the period of time from January 19, 2025, to the date of this order.

(b) The Attorney General shall take all appropriate action to issue written guidance to implement the provisions of subsection (a) of this section.

(c) The Attorney General shall further issue a letter to each provider stating that there has been no violation of the statute and that there is no liability for any conduct that occurred during the above-specified period, as well as for any conduct from the effective date of the Act until the date of this order.

(d) Because of the national security interests at stake and because section 2(d) of the Act vests authority for investigations and enforcement of the Act only in the Attorney General, attempted enforcement by the States or private parties represents an encroachment on the powers of the Executive. The Attorney General shall exercise all available authority to preserve and defend the Executive's exclusive authority to enforce the Act.

**Sec. 2.** *General Provisions.* (a) Nothing in this order shall be construed to impair or otherwise affect:

(i) the authority granted by law to an executive department or agency, or the head thereof; or

(ii) the functions of the Director of the Office of Management and Budget relating to budgetary, administrative, or legislative proposals.

(b) This order shall be implemented consistent with applicable law and subject to the availability of appropriations.

(c) This order is not intended to, and does not, create any right or benefit, substantive or procedural, enforceable at law or in equity by any party against the United States, its departments, agencies, or entities, its officers, employees, or agents, or any other person.

THE WHITE HOUSE,
*April 4, 2025.*

[FR Doc. 2025–06162
Filed 4–8–25; 8:45 am]
Billing code 3395–F4–P