UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 15 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SAMANTHA ALARIO, et al.;<br><br>  Plaintiffs - Appellees,<br><br> v.<br><br>AUSTIN KNUDSEN, in his official capacity as Attorney General of the State of Montana,<br><br>  Defendant - Appellant,<br><br>--------------------------------------<br><br>STATE OF ALASKA, et al.;<br><br>  Amici Curiae. | No. 24-34<br><br>D.C. No.<br>9:23-cv-00056-DWM<br>District of Montana,<br>Missoula<br><br>ORDER |

  The joint motion (Docket Entry No. 78) for a further stay of appellate proceedings is granted.

  Appellate proceedings are stayed until August 14, 2025. If no motion for further relief is filed before this date, the stay of appellate proceedings will be lifted and this case will proceed.

        FOR THE COURT:

        MOLLY C. DWYER
        CLERK OF COURT